# Law Offices of
# EMANUEL R. GOLD

**Manhattan**
575 Madison Ave., Suite 1006
New York, NY 10022
tel. (212) 223-3400
fax (212) 223-5069
Emanuel R. Gold

Howard S. Levine
Edward D. Vitale

*Queens*
*108-18 Queens Blvd.
Forest Hills, NY 11375
tel. (718) 897-7300
fax (718) 897-0700
senatorgold@erglaw.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 27 2006 ★

**BROOKLYN OFFICE**

*Handwritten annotations:* DJF C/F

*Handwritten order:* Order — The application is granted. The defendant Chen may have until Aug 31 to surrender.
s/Edward Korman

June 23, 2006

<u>**REGULAR MAIL & VIA FACSIMILE (718) 613-2477**</u>
Hon. Edward R. Korman, Chief Judge
U.S. District Court, E.D.N.Y
225 Cadman Plaza East
Brooklyn, NY 11201
Attention: Paula Marie Susi

Re: <u>U.S.A. v. Chen, et al. 99 CR-694 (ERK)</u>

Dear Judge Korman:

On Thursday, June 22, 2006, I was apprised for the first time of your decision of April 12, 2006 denying my client, Lung-Fong Chen's Motion for resentencing. I found this out by way of a phone call from the Assistant US Attorney handling the case.

I was also informed that according to the Marshall my client was to surrender to Pennsylvania institution on June 15th and that the Marshall's office had called the Assistant to find out what to do.

As far as I know, Mr. Chen was never advised that he had to surrender; and received no notice for the Marshall or anybody else. He is an honorable person and will certainly surrender as required...assuming he knows when he is to surrender. I believe there was no Order issued setting a new surrender date.

I would respectfully ask the Court to issue a Surrender Order giving my client a couple of months to wrap up affairs. Had we known of the Order on April 12th, and had he been asked to surrender on June 15th, there would have been the two month period.

I was informed that our office "should have" received electronic notice of your decision but to the best of my knowledge, Your Honor, we never received such a communication. Neither was a copy of any Order served on us by the US Attorney's Office.

Law Offices of

# EMANUEL R. GOLD

Hon. Edward R. Korman, Chief Judge
June 23, 2006
Page 2


I am sorry for this inconvenience and for this misunderstanding. You have been very understanding with my client in the past and I would hope that you could help us in this situation.

Respectfully submitted,

Emanuel R. Gold (EG-2850)
Law Offices of Emanuel R. Gold
Attorneys for Defendant Lung Fong Chen

cc: Alyssa Qualls (Via Regular Mail & Via Facsimile (718) 254-6669)
Assistant U.S. Attorney
Eastern District
1 Pierrepont Plaza,
Brooklyn, NY 11201

# Law Offices of
# EMANUEL R. GOLD

575 Madison Avenue  
New York, NY 10022  
(212) 223-3400  
*fax* (212) 223-5060*

108-18 Queens Blvd.  
Forest Hills, NY 11375  
(718) 897-7300  
*fax* (718) 897-0700

*\* Please respond to Forest Hills unless otherwise indicated.*

# Facsimile

| To: Hon. Edward R. Korman, Chief Judge<br>Attention: Paula Marie Susi | From: Emanuel R. Gold, Esq. |
|---|---|
| Fax: (718) 613-2477 | Pages: 3 (including cover sheet) |
| Date: June 23, 2006 | cc: Alyssa Quall, Assistant US Attorney<br>(718) 254-6669 |
| Re: U.S.A. v. Chen, et al. 99 CR 964 | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

This information contained in this facsimile message is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent, responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is forbidden. Please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for your telephone and postage expenses. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.